**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

UNITED STATES OF AMERICA      :

vs.      :   CRIMINAL NO.:  19-00007-CG-N

JOSEPH E. HOBDY      :

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, JOSEPH E. HOBDY, by consent, appeared before the undersigned Magistrate Judge on February 20, 2020, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to Counts ONE and TWO of the Indictment, charging violations of Title 18, United States Code, Section 1951(a), Interference with Commerce by Threats or Violence, and Title 18, United States Code, Section 924(c), Use, Carry and Possession of a Firearm During and in Relation to a Crime of Violence.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense.  The undersigned Magistrate Judge therefore recommends that the plea of guilty be accepted and that the Defendant, JOSEPH E. HOBDY, be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 20th  day of February 2020.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.