# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| vs. | : | **CRIMINAL NO: 19-00007-CG-N** |
| **JOSEPH E. HOBDY** | : | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 73) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Counts 1 and 2 of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **May 27, 2020 at 9:30 a.m.**, under separate order. The United States Marshal is **ORDERED** to produce the Defendant for said hearing.

**DONE and ORDERED** this 6th day of March, 2020.

　　　　　　　　　　/s/ Callie V. S. Granade
　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE